

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-23-00120-CR

SANTIGIE FULLAH KABIA, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 102nd District Court
Bowie County, Texas
Trial Court No. 20F1412-102

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

MEMORANDUM OPINION

Santigie Fullah Kabia challenges his conviction for theft on the ground that his two-year sentence of confinement should run concurrently, instead of consecutively, to the sentences imposed in his three other companion cases.[1]

We addressed this issue in detail in Kabia's companion case in cause number 06-23-00118-CR. For the reasons stated therein, we sustain Kabia's point of error here. We also note that the judgment in this case includes two minor clerical errors also discussed in our main opinion in 06-23-00118-CR.

Based on our analysis in the main opinion, we modify the trial court's judgment in this case (1) to reflect that Kabia's sentence should run concurrently to his other companion cases, (2) to show that Kabia pled "not true" to the State's revocation motion, (3) to delete references to deferred adjudication community supervision, and (4) to read, "The trial court previously adjudicated guilt and assessed community supervision. Subsequently, the State filed a motion to revoke community supervision." As modified, we affirm the trial court's judgment.

Jeff Rambin
Justice

Date Submitted:      January 11, 2024
Date Decided:        February 6, 2024

Do Not Publish

---

[1]In companion cases 06-23-00118-CR and 06-23-00119-CR, Kabia appeals two other convictions for theft. In companion case 06-23-00121-CR, Kabia appeals a conviction for evading arrest.